# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARL ESSENTHIER and ) | |
| VIRGINIA ESSENTHIER ) | |
| *INDIVIDUALLY AND AS PARENTS* ) | CIVIL ACTION |
| *AND NATURAL GUARDIANS OF* ) | NO. 10-4235 |
| CHRISTIAN F. ESSENTHIER ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| WOLF INVESTMENT CORPORATION #1, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**AND NOW**, this 16th of November 2010, upon consideration of Plaintiffs' Motion to Remand [doc. no. 11], and the Memoranda of Law in opposition to that motion filed by Defendants Wolf Investment Corporations #1–8 and the National Railroad Passenger Corporation [doc. nos. 19 & 20], and for the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Plaintiffs' Motion to Remand is **DENIED**.

It is so **ORDERED**.

                                                **BY THE COURT**:

                                                **/s/ Cynthia M. Rufe**
                                                **CYNTHIA M. RUFE, J.**